IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Filed at ___4:00 P M |
| | ) | DATE ___2-20-04 |
| WILLIAM K. HOLMES, | ) | _____ |
| | ) | DEPUTY CLERK, U.S. DISTRICT COURT |
| Debtor, | ) | MIDDLE DISTRICT OF GEORGIA |
| | ) | CASE NO. 02-52793 |
| | ) | |
| WILLIAM K. HOLMES; HOLMES | ) | CHAPTER 11 |
| CAPITAL, LLC; BREW DOG, LLC; | ) | |
| BIMINI STAR, LLC; and EBH | ) | CHIEF JUDGE HERSHNER |
| INVESTMENTS CO., LLC, | ) | |
| | ) | ADVERSARY CASE NO. 03-5208 |
| Plaintiffs, | ) | |
| | ) | 5:04-CV-54-3 (DF)    4yrd |
| v. | ) | |
| | ) | FILED |
| JACK B. GRUBMAN and | ) | U.S. Bankruptcy Court |
| SALOMON SMITH BARNEY INC., | ) | |
| | ) | FEB 1 8 2004 |
| Defendants. | ) | |
| | | Deputy Clerk |
| | | Macon, Georgia |

## MOTION FOR WITHDRAWAL OF THE REFERENCE

Defendants Citigroup Global Markets Inc. f/k/a Salomon Smith Barney Inc. ("SSB") and

Jack Grubman (collectively, the "Defendants") move the District Court, pursuant to 28 U.S.C. §

157(d), to withdraw the automatic reference to the Bankruptcy Court in this matter.

The grounds for this Motion are set forth in the accompanying Memorandum of Law. In

addition, Defendants rely on the following exhibit attached hereto:

Exhibit 1:     Declaration of J. Timothy McDonald, with exhibits



This 18th day of February, 2004.

_____
C. B. Rogers
Georgia Bar No. 612100
Brett A. Rogers
Georgia Bar No. 612090
J. Timothy Mc Donald
Georgia Bar No. 489420
Attorneys for Defendants

ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 522-4700

JOYCE S. HUANG
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Of Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel of record in this matter by causing a copy of same to be deposited in the United States mail, with sufficient postage thereon, addressed as follows:

>
> Joseph J. Burton, Jr., Esq.
> Burton & Armstrong, LLP
> Two Ravinia Drive – Suite 1750
> Atlanta, Georgia 30346
>
> Fredric G. Levin, Esq.
> Levin, Papantonio, Thomas, Mitchell
>   Echsner & Proctor, P.A.
> 316 South Baylen Street
> Suite 600
> Pensacola, FL  32501
>
> David L. McGee, Esq.
> Beggs & Lane
> 501 Commendencia Street
> Pensacola, FL  32591

This 18th day of February, 2004.

J. TIMOTHY MC DONALD
Georgia Bar No. 489420

ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303

Attorneys for Defendants